**FILED**
**09/06/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

To whom it may concern,

We are writing to you today because we received a summons listing our company LDF Holdings, LLC as a defendant in case 1:22-cv-01537-SEB-TAB. The summons was sent to Elise Susnik, the registered agent for LDF Holdings, LLC in West Bend, WI. This company's acronym stands for Lone Duck Farm Holdings, LLC and is a small real estate LLC with two properties totaling five units. The listed registered agent, Elise Susnik, has not been part of lending any illegal (or legal) loans in Indiana or any other state.

The confusion comes from the Lac Du Flambeau tribe filing an entity of the same name after ours was created. However, Elise Susnik is referenced in the document as the registered agent for the tribe's LLC. Upon receiving this summons, one of several over the years that have come our way, we took two immediate actions. We moved to deny the summons upon delivery. The process server issuing the summons called Danielle Mazaars and discussed the situation with her looking to return an affidavit and remedy the problem. She demanded the summons be served.
Upon receiving the summons and going through the document we called Matthew Goldstein on 8/9/22 at 11:12 am. He said he would look into it but never followed up. He was noncomittal to refiling anything.

We are writing today and asking to have you redo the paper work to remove Elise Susnik as the registered agent as we are not the right entity.

Thank you for your attention,

Elise Susnik & Matt Susnik
LDF Holdings, LLC
West Bend, WI 53095