IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE RANKIN, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OPICHI, LLC doing business as ) <br> Evergreen Services; ) <br> LDF HOLDINGS, LLC; ) <br> MELINDA WALKER; ) <br> RIVO HOLDINGS, LLC; ) <br> VELOCITY VENTURES GROUP, LLC, ) <br> doing business as ) <br> INFINITY ENTERPRISE LENDING ) <br> SYSTEMS; ) <br> MARK KOETTING; ) <br> DAN KOETTING; ) <br> and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No. 1:22-cv-01537-SEB-TAB <br><br> Judge Sarah Evans Barker <br> Magistrate Judge Tim A. Baker <br><br><br><br><br><br> DEMAND FOR TRIAL BY JURY |

## NOTICE AND REQUEST TO STAY DEADLINES

Plaintiff, Michelle Rankin, respectfully submits this notice to inform the Court that the Parties have resolved this matter in principle subject to negotiation and execution of a written settlement agreement. The Parties expect to file a stipulation of dismissal within the next sixty days. Accordingly, the Parties request that the Court stay all pending deadlines.

Respectfully submitted,

DATED: November 10, 2022

*/s/ Matthew J. Goldstein*
Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN COMBS LATTURNER
     & GOODWIN, LLC

1

20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
courtecl@edcombs.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Thursday, November 10, 2022, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to counsel of record. I further certify that I caused a true and accurate copy of the foregoing document to be sent to the following parties by email:

> Patrick McAndrews
> Spencer Fane LLP
> pmcandrews@spencerfane.com
> *Counsel for Defendants Opichi, LLC*
> *& LDF Holdings, LLC*
>
> Eric D. Kaplan
> Kaplan Papadakis & Gournis, P.C.
> ekaplan@kpglaw.com
> *Counsel for Defendant Mark Koetting*

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
     **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email for service: courtecl@edcombs.com