> Acknowledged. Plaintiff's individual claims are dismissed with prejudice. The claims of the putative classes are dismissed without prejudice.
>
> Date: 2/10/2023
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICHELLE RANKIN, on behalf of Plaintiff and the class members described herein, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:22-cv-01537- |
| v. | )<br>) Judge Sarah Evans Barker |
| OPICHI, LLC doing business as Evergreen Services; LDF HOLDINGS, LLC; MELINDA WALKER; RIVO HOLDINGS, LLC; VELOCITY VENTURES GROUP, LLC, doing business as INFINITY ENTERPRISE LENDING SYSTEMS; MARK KOETTING; DAN KOETTING; and JOHN DOES 1-20, | ) Magistrate Judge Tim A. Baker<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) DEMAND FOR TRIAL BY JURY<br>) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Plaintiff, Michelle Rankin, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses her individual claims with prejudice, with each party to bear their own costs and attorneys' fees. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear their own costs and attorneys' fees.

DATED: January 31, 2023                  Respectfully submitted,

                                         */s/ Matthew J. Goldstein*
                                         Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824

1